Murphy v. Suffolk County Community College, CV10-251

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    JUL 25 2013    ★

LONG ISLAND OFFICE

## VERDICT SHEET

### CLAIM 1: AGE DISCRIMINATION CLAIM

1. Did plaintiff prove that he suffered an adverse employment action?

   Yes ____ No ✓

   If "Yes," go to number 2.
   If "No," go to number 3.

2. Did plaintiff prove that he was subjected to the adverse employment action because of his age?

   Yes ____ No ✓

   Go to number 3.

### CLAIM 2: RETALIATION CLAIM

3. Did plaintiff prove that he engaged in a protected activity?

   Yes ____ No ✓

   If "Yes," go to number 4.
   If "No," go to Damages Instructions.

4. Did plaintiff prove that he was subjected to an adverse employment action at the time or after the protected activity occurred?

   Yes ____ No ✓

   If "Yes," go to number 5.
   If "No," go to Damages Instructions.

COURT EXHIBIT
3
10-CV-0251

5. Did plaintiff prove that he was subjected to the adverse employment action because he engaged in a protected activity?

    Yes \_\_\_\_ No ✓

Go to Damages Instructions.

**DAMAGES INSTRUCTIONS**

Answer number 6 only if you found in plaintiff's favor on Claim 1 (if you answered "Yes" to numbers 1 <u>and</u> 2)

Answer number 7 only if you found in plaintiff's favor on Claim 2 (if you answered "Yes" to numbers 3, 4 <u>and</u> 5)

Otherwise, go no further and bring in verdict.

6. In what amount do you award plaintiff damages for age discrimination:

    COMPENSATORY: $ _____

    **OR**

    NOMINAL: $ _____

7. In what amount do you award plaintiff damages for retaliation:

    COMPENSATORY: $ _____

    **OR**

    NOMINAL: $ _____

Bring in Verdict.

                                  *Shannon Flannelly*
                                  (Signature of Foreperson)